IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31143
Summary Calendar
_____


JUVENTINO MUNOZ,

                              Plaintiff-Appellant,

versus

KEITH SIMONE ET AL.,

                              Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. CA-95-2559-L
- - - - - - - - - -

* * * * * * * * * * * * * * * * * * * *


_____

No. 95-31304
Summary Calendar
_____


JUVENTINO MUNOZ,

                              Plaintiff-Appellant,

versus


GLEN JAMBON, Major,

                              Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 94-CV-4192-J
- - - - - - - - - -
May 16, 1996

Before GARWOOD, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

Juventino Munoz appeals the dismissal of two civil rights complaints. In the first, Munoz argues that the district court erred by dismissing his use-of-force and denial-of-medical-care claims as time-barred. See <u>Munoz v. Simone</u>, No. CA-95-2559-L (E.D. La.; Oct. 30, 1995). We have reviewed the record and Munoz's brief and AFFIRM the district court's dismissal of the claims for the same reasons set forth by the district court. <u>Id.</u>

In the second, Munoz argues in general terms that the district court abused its discretion by dismissing as frivolous his complaint wherein he alleged that his legal mail was opened outside of his presence. As the district court's dismissal was for failure to state a claim upon which relief could be granted, Munoz's arguments on appeal are unavailing and we AFFIRM the dismissal for the same reasons set forth by the district court. See <u>Munoz v. Jambon</u>, No. 94-CV-4192-J (E.D. La.; Feb. 10, 1995).

No. 95-31143 AFFIRMED.

No. 95-31304 AFFIRMED.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.